LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NICOLE D. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-01293 ADS<br><br>**ORDER AWARDING**<br>**EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) subject to the terms of the stipulation.

DATE:  3/14/2022        /s/ Autumn D. Spaeth
                                      HON. AUTUMN D. SPAETH,
                                      UNITED STATES MAGISTRATE JUDGE